# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2019

## NO. 03-19-00290-CR

**William McCurley, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE KELLY

This is an appeal from the judgment revoking community supervision rendered by the trial court.

Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent

and unable to pay costs, no adjudication of costs is made.